(Rev. 497)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rufus D. Anderson
(Enter above the full name of the plaintiff in this action)

V.

F.T.M. F.C.M.
Sgt. M. Moody
(Enter above the full name of the defendant(s) in this action

05 - 144

I. Previous lawsuits

　A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [X]

　B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline):

　　1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? *wrote* A Medical grievance committee,

2. What was the result? They made A ~~district~~ copy and sent it back to me.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? *wrote* Medical grievance

2. What was the result? Same as above

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Rufus Anderson

   Address  433 Bethune Drive

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  F.C.M.  is employed as  Health Provider  at  H.R.Y.C.I.

C. Additional Defendants  Sgt. M. Moody

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Cruel and Unusual Punishment

-3-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1) I would like to be release

2) $500,000 For CRUEL AND UNUSUAL Punishments

Signed this 9 day of March, 19 2005

_____
(Signature of Plaintiff)
Rufus D. Anderson

I declare under penalty of perjury that the foregoing is true and correct.

3/9/05                         Rufus D. Anderson
Date                           (Signature of Plaintiff)

-4-