F/n RUFUS D. ANDERSON
SBI# 328043
D.C.C.

05-144 SLR

APRIL , 2005

TO: DISTRICT COURT CLERK
MR. PETER T. DALLEO

FILED
MAR - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: NEED YOUR HELP WITH COPY OF 1983/FORM CIVIL

DEAR CLERK DALLEO,

I HAD SOMEONE ELSE DOING THE FILING FOR ME. THIS PERSON HAS LOST CONTACT WITH ME. THE PERSON PUT THE ORIGINAL 1983 CIVIL IN FOR ME WITHOUT MAKING A COPY FOR MYSELF. PLEASE HELP ME OBTAIN A COPY OF THIS ORIGINAL 1983 CIVIL FORM (RUFUS D. ANDERSON
V
FMC, AND SGT. MOODY
CASE NUMBER
CIV. NO. 05-144-SLR)
OR GIVE ME ADDITIONAL INFORMATION ON HOW TO OBTAIN.!!!

THANK YOU,
MUCH GRATITUDE
& SINCERITY
F/n MR. RUFUS D. ANDERSON
SBI# 328043
D.C.C.

Rufus D. Anderson
DOB 9/5/75

P.S. WRITE BACK IN CORRESPONDENCE TO THIS LETTER "ONCE AGAIN THANK YOU"
R.D.A.

 S D. ANDERSON
 043      UNIT M#U/21A/C9
 E CORRECTIONAL CENTER
   ROAD
 ELAWARE 19977

ATTENTION: PETER T. DALLEO
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STR., LOCKBOX 18
WILMINGTON, DELAWARE
                    19801-3570



1980143370 12