OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 5, 2005

TO: Rufus Anderson
DCC
SBI #328043

**RE: *Request for Copywork*; CA 05-144 SLR**

Dear Mr. Anderson:

A letter has been received by the Clerk's office from you requesting a copy of the 1983 Complaint filed in the above noted Civil Action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. A copy of the complaint in the above case is 4 pages in length for a total of $2.00.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; CA 05-144 SLR



COPY

ORIGINAL SBI# 328043
D.C.C.

To: Mr. R. D. Anderson

(4)

05-144 SLR

APRIL, 2005

TO: DISTRICT COURT CLERK
MR. PETER T. DALLEO



FILED

U.S. DISTRICT
DISTRICT OF DE...

RE: NEED YOUR HELP WITH COPY OF 1983/FORM CIV...

DEAR CLERK DALLEO,

I HAD SOMEONE ELSE DOING THE FILING FOR ME. THIS PERSON HAS LOST CONTACT WITH ME. THIS PERSON PUT THE ORIGINAL 1983 CIVIL IN FOR ME WITHOUT MAKING A COPY FOR MYSELF. PLEASE HELP ME OBTAIN A COPY OF THIS ORIGINAL 1983 CIVIL FORM, RUFUS D. ANDERSON

FMC AND SGT. M0007   CASE NUMBER CIV. NO. 05-144-SLR

OR GIVE ME ADDITIONAL INFORMATION ON HOW TO OBTAIN!!!

THANK YOU,
MUCH GRATITUDE
& SINCERITY
Mr. RUFUS D. ANDERSON
SBI# 328043
D.C.C.

Rufus D. Anderson
DOB 4/5/75

P.S. WRITE BACK IN CORRESPONDENCE TO THIS LETTER. ONCE AGAIN "THANK YOU"
—R.D.A.