# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Rufus Anderson      SBI#: 328043

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 20, 2005

**FILED**
MAY - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of October 1, 2004 to March 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane
4/20/05

Notary public
4/22/05

## Individual Statement - No Transactions This Month

Date Printed: 4/20/2005                                                                                                    Page 1 of 1

### For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

# Individual Statement - No Transactions This Month

Date Printed: 4/20/2005                                                                                                     Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 4/20/2005                                                                                                           Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 4/20/2005                                                                                     Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |

# Individual Statement

Date Printed: 4/20/2005                                                                 Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: PT          Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 2/25/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 73958 | | | |

Ending Mth Balance: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 4/20/2005                                                                                          Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | PT | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| | | | | | Ending Mth Balance: | $0.00 |