IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPELLANT, RUFUS O. ANDERSON | § § § § | |
| v. | § § | CIVIL ACTION NO. 05-144-SLR |
| APPELLEE. F.M.C., AND SGT. MOODY | § § § | |

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, RUFUS O. ANDERSON, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: AUGUST 9, 2005

Rufus D. Anderson, SBI# 328043
1181 PADDOCK ROAD
Delaware Corr. Center
Smyrna, DE 19977



RECEIVED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M RUFUS O. ANDERSON
SBI# 328043   UNIT MHU/ALBLDG/AL9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT OF DELAWARE
844 NORTH KING STREET
WILMINGTON
DELAWARE 19801

19801-3519