1 OF 1

DEAR U.S. DISTRICT COURT FOR THE
DISTRICT OF DELAWARE,

05-144 (SLR)

PLEASE SEND ME THE "CIVIL DOCKET FOR CASE #: 1:05-CV-00144-SLR.

PRIOR TO MAY 27th, I SENT MY "IN FORMA PAUPERIS" AND I ALSO SENT "AN MOTION FOR APPOINTMENT OF COUNSEL FOR THE U.S. DISTRICT COURT" ~~OF~~ AROUND JUNE THE FIRST WEEK OF!

ALSO, PLEASE NOTE THAT I AM NOT AT "S.C.I.
P.O. BOX 500
GEORGETOWN, DELAWARE 19947.

**FILED SEP 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

I AM AT "D.C.C.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

THANK YOU
F/M MR. RUFUS D. ANDERSON
SBI# 328043
MHU/21 BLDG/AL9

Mr. Rufus D. Anderson  September 12, 2005

I'M RUFUS D. ANDERSON
SBI# 238643 IN 2BLDG/ALO
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850
SEP 13 2005

U.S.M.S.
X-RAY

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570

LEGAL MAIL