# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Rufus Anderson_ SBI#: _328043_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _May 27, 2005_

**FILED**
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _November 1, 2004_ to _April 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | $0 |
| Dec | $0 |
| Jan | $0 |
| Feb | $0 |
| March | $0 |
| April | $5.04 |

Average daily balances/6 months: _2.60_

Attachments
CC: File

_Stacy Shane_
5/27/05

_Brian D Engrem_

05-144-SLR

## Individual Statement - No Transactions This Month

Date Printed: 5/26/2005                                                                 Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

05-144-SLR

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005                                                                                           Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

05-144-SLR

## Individual Statement - No Transactions This Month

Date Printed: 5/26/2005                                                                 Page 1 of 1

### For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|

05-144-SLR

# Individual Statement

Date Printed: 5/26/2005

Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: 21    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 2/25/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 73958 | | | |

Ending Mth Balance: $0.00

05-144-SLR

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005 — Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

05-144-SLR

# Individual Statement

Date Printed: 5/26/2005

## For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: 21

Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($6.66) | $0.00 | 94465 | | | |
| Mail | 4/26/2005 | $18.00 | $0.00 | $0.00 | $18.00 | 98569 | 0131604498 | DST/POSTAGE | S. LEE |
| Mail | 4/27/2005 | $20.00 | $0.00 | $0.00 | $38.00 | 99200 | 1576521 | | ROSA JENKINS |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $37.63 | 100198 | | DST | |

Ending Mth Balance: $37.63

05-144-SLR

# Certificate of Service

05-144-SLR

I, _RUFUS D ANDERSON_, hereby certify that I have served a true and correct cop(ies) of the attached: _6 MONTH ACCOUNT STATEMENT (NOVEMBER 1, 2004 TO APRIL 30, 2005)_ upon the following parties/person (s):

TO: _THE U.S. STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE CIV. NO. 05-144-SLR_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005'

RECEIVED-D.C.C.

MAY 2 6 2005

SUPPORT SERVICES MANAGER

05-144-SLR