# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Rufus Anderson_ SBI#: _328013_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _September 8, 2005_

FILED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _March 1, 2005_ to _August 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 0 |
| April | 5.64 |
| May | 22.41 |
| June | .33 |
| July | 1.69 |
| Aug | 2.17 |

Average daily balances/6 months: _5.40_

Attachments
CC: File

_Stacy Shane_
9/8/05

Notary public
_[signature]_
9/8/05

05-144-SLR

# Individual Statement - No Transactions This Month

Date Printed: 9/7/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | **Ending Mth Balance:** | $0.00 |

05'-144-SLR

# Individual Statement

Date Printed: 9/7/2005

## For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | $0.00 | |
| Current Location: | 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($6.66) | $0.00 | 94465 | | | |
| Mail | 4/26/2005 | $18.00 | $0.00 | $0.00 | $18.00 | 98569 | | | |
| Mail | 4/27/2005 | $20.00 | $0.00 | $0.00 | $38.00 | 99200 | 0131604498 | DST/POSTAGE | S. LEE |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $37.63 | 100198 | 1576521 | DST | ROSA JENKINS |

Ending Mth Balance: $37.63

05-144-SLR

# Individual Statement

## For Month of May 2005

Date Printed: 9/7/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $37.63 | |
|---|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | | |
| Current Location: | 21 | | Comments: | QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | ($0.37) | $0.00 | $0.00 | $37.26 | 103240 | | DST/POSTAGE | |
| Pay-To | 5/5/2005 | ($0.83) | $0.00 | $0.00 | $36.43 | 103309 | | DST/POSTAGE | |
| Canteen | 5/10/2005 | ($17.20) | $0.00 | $0.00 | $19.23 | 105023 | | | |
| Pay-To | 5/13/2005 | ($6.66) | $0.00 | $0.00 | $12.57 | 107091 | | DST/POSTAGE | |
| Canteen | 5/17/2005 | $7.20 | $0.00 | $0.00 | $19.77 | 108133 | | REFUND | |
| Mail | 5/18/2005 | $10.00 | $0.00 | $0.00 | $29.77 | 108303 | 8545856905 | | S LEE |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($2.57) | $29.77 | 109159 | | 4/11/05 | |
| Supplies-MailP | 5/24/2005 | ($2.57) | $0.00 | $0.00 | $27.20 | 110852 | | 4/11/05 | |
| Canteen | 5/25/2005 | ($23.12) | $0.00 | $0.00 | $4.08 | 110981 | | | |

**Ending Mth Balance:** **$4.08**

05-144-SLR

# Individual Statement

Date Printed: 9/7/2005                                                                                           Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.08 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: 21            Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 6/3/2005 | $0.00 | ($4.00) | $0.00 | $4.08 | 115708 | | | |
| Medical | 6/3/2005 | ($4.00) | $0.00 | $0.00 | $0.08 | 115825 | | 5/23/05 | |
| Medical | 6/23/2005 | $0.00 | ($2.00) | $0.00 | $0.08 | 124025 | | 5/23/05 | |
| Medical | 6/23/2005 | ($0.08) | ($1.92) | $0.00 | $0.00 | 124062 | | 6/17/05 | |
|  |  |  | Ending Mth Balance: |  | $0.00 |  |  | 6/17/05 | |

05-144-SLR

# Individual Statement

Date Printed: 9/7/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/28/2005 | $15.00 | $0.00 | $0.00 | $15.00 | 137168 | 08351570743 | 6/17/05 | D EDDY |
| Medical | 7/28/2005 | ($1.92) | $0.00 | $0.00 | $13.08 | 137428 | | | |

Ending Mth Balance: $13.08

05-144-SLR

# Individual Statement

Date Printed: 9/7/2005

## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $13.08 |
|---|---|---|---|---|---|---|
| 00328043 | ANDERSON | RUFUS | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/3/2005 | ($9.95) | $0.00 | $0.00 | $3.13 | 139556 | | | |
| Canteen | 8/16/2005 | ($3.11) | $0.00 | $0.00 | $0.02 | 145189 | | | |

Ending Mth Balance: $0.02

05-144-SLR

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __.62__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__.

I further certify that during the past six months the applicant's average monthly balance was $ __5.40__

and the average monthly deposits were $ __10.50__

__9/1/05__
Date

__Stacy Shane__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

05-144-SLR