IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUFUS D. ANDERSON APPELLANT,  §
v.                            §
F.M.C., AND SGT. MOODY        §   CIVIL ACTION NO. 05-144-SLR
                              §
APPELLEE.                     §

**FILED SEP 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.
4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: August 31, 2005

*Rufus D. Anderson*

Delaware Corr. Center
Smyrna, DE 19977

05-144-SLR

I/M RUFUS D. ANDERSON
SB I# 328643   UNIT 26 BLDG. 6A/A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 19850 SEP 13 2005

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570

U.S.M.S. X-RAY

LEGAL MAIL