# IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

RUFUS D. ANDERSON  
v.  
F.M.C., AND SGT. MOODY  
} CIVIL ACTION NO. 05-144-SLR

## AFFIDAVIT OF RUFUS D. ANDERSON
(PURSUANT TO CIVIL RULE 60(b))

STATE OF DELAWARE  
COUNTY OF NEW CASTLE } S.S.

**FILED SEP 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

I, RUFUS D. ANDERSON, BEING DULY SWORN DEPOSE AND SAY:

1. I AM THE AFFIANT AND THIS DOCUMENT IN SUPPORT OF MY MOTION TO SET ASIDE/AMEND JUDGMENT.
2. I MAILED MY IN FORMA PAUPERIS INFORMATION TO THE COURT PRIOR TO MAY 27th, 2005 BY GIVING SUCH TO THE CORRECTIONAL OFFICER TO PLACE IN THE MAIL.
3. I DO NOT HAVE CONTROL OF THE MAIL ONCE I TURN IT OVER TO STATE CORRECTIONAL OFFICERS FOR PROCESSING.
4. THE OFFICER OR MAILROOM CLERK MUST HAVE MISPLACED OR LOST THE DOCUMENTS.
5. I FILED A GRIEVANCE ON THE MATTER ON AUGUST 20, 2005. (REFER EXIBIT # 1 OF 3)
6. THE FACTS ABOVE ARE TRUE AND CORRECT AS I BELIEVE.

NOTARY PUBLIC _____  AFFIANT: Rufus D. Anderson  
DATE: 9-6-05                     DATE: 9-6-05

05-144-SLR  
ndj

I/M RUFIS D. ANDERSON
SBI# 328043 IN 2BLOG.KALO
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570