FORM #584

GRIEVANCE FORM

FACILITY: O.C.C.   DATE: AUGUST 20, 2005

GRIEVANT'S NAME: RUFUS D. ANDERSON   SBI#: 328043

CASE#: _____   TIME OF INCIDENT: BETWEEN THE MONTH OF MAY, BEFORE THE 27th AND THE MONTH OF AUGUST 15, 2005.

HOUSING UNIT: MHU/21/AL9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

WITHIN THE MONTH OF MAY, I MAILED A "FORMA PAUPERIS" TO THE U.S. DISTRICT COURT DISTRICT OF DELAWARE! ON AUGUST 15th, I RECIEVED BY "LEGAL MAIL" TWO LETTERS FROM THE "OFFICE OF THE CLERK" OF THE U.S. DISTRICT COURT. THESE LETTERS WERE STATING THAT ON AUGUST 8th, MY CASE HAS BEEN "DISMISSED WITHOUT PREJUDICE". AND THE OTHER LETTER STATED THAT ON AUGUST 10th, THAT IS "CASE CLOSED"! BOTH LETTERS WERE IN REGUARDS TO THE "FORMA PAUPERIS" AND/OR THE AUTHORIZATION FORMS NOT BEING FILED WITHIN THE ALLOWED TIME FRAME (BY JUNE 23, 2005). I MAILED THE PROPER FORMS OUT FROM O.C.C. BY MAY 27th! I MAILED THE "FORMA PAUPERIA" BY THE PROCESS DONE HERE AT O.C.C.! BY GIVING THE MAIL TO THE O.C.C. CORRECTIONAL OFFICER. THROUGH THIS PROCESSING MY MAIL HAS SOME HOW BEEN MISPLACED OR EVEN LOST!

ACTION REQUESTED BY GRIEVANT:

I AM PLACING THIS GRIEVANCE IN TO SHOW THAT I HAVE RESPONDED PROPERLY TO THE INCIDENT WHICH HAS CAUSED MY MAIL NOT TO REACH ITS DESTINATION. THAT IT'S NOT MY FAULT THAT THE "U.S. DISTRICT COURT" NEVER RECIEVED THE "FORMA PAUPERIS" I MAILED.

GRIEVANT'S SIGNATURE: Rufus D. Anderson   DATE: August 20, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

COPY# 1 OF 3
05-144-SLR