OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 16, 2005

TO: Rufus D. Anderson
SBI# 00328043
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:   Response to your Letter dated 9/12/05 - CA 05-144 SLR**

Dear Mr. Anderson:

Per your request, a copy of the docket sheet is enclosed for your reference. It appears that your address was originally listed incorrectly as SCI instead of DCC, which has now been corrected. You will also note that your case was reopened as of 9/14/05.

In summary, the Court issued an order on 8/9/05 dismissing your complaint for failure to comply with it's order signed on 5/20/05, which required you to return a signed AUTHORIZATION form to the Clerk of Court.

In order to comply with the 5/20/05 Court order, please sign, date, and return the AUTHORIZATION form to the Clerk's Office by 9/30/05. No additional documents are required from you at this time.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 05-144 SLR

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:05-cv-00144-SLR
Internal Use Only

| | |
|---|---|
| Anderson v. F.C.M. et al | Date Filed: 03/10/2005 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: None |
| Demand: $500000 | Nature of Suit: 555 Prisoner: Prison Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

Rufus D. Anderson     represented by   Rufus D. Anderson
SBI# 00328043
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

F.C.M.

**Defendant**

Sgt. Moody

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Rufus D. Anderson. (mwm, ) (Entered: 03/11/2005) |
| 03/10/2005 | 2 | COMPLAINT filed pursuant to 42:1983 against F.C.M., Moody - filed by Rufus D. Anderson.(mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 04/14/2005 | 3 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Pltf. shall submit a certified copy of trust fund account statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 5/16/2005.. Signed by Judge Sue L. Robinson on 4/13/05. (fmt, ) (Entered: 04/14/2005) |
| 05/02/2005 | 4 | Letter to Clerk from R. Anderson, Pro Se requesting a copy of original 1983 civil form. (fmt, ) (Entered: 05/03/2005) |

| | | |
|---|---|---|
| 05/05/2005 | 5 | Letter to R. Anderson, Pro Se from Clerk regarding Request for Copywork re 4 Letter. (fmt, ) (Entered: 05/05/2005) |
| 05/05/2005 | 6 | MOTION for Leave to Proceed in forma pauperis - filed by Rufus D. Anderson. (fmt, ) (Entered: 05/09/2005) |
| 05/05/2005 | 7 | Trust Fund Account Statement by Rufus D. Anderson for the months of 10/1/04 to 3/31/05 (fmt, ) (Entered: 05/09/2005) |
| 05/23/2005 | 8 | ORDER denying as moot pltf's Second Motion to Proceed IFP. Plaintiff has no assets to pay initial filing fee and any money plaintiff later receives will be collected in the manner described in order. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 6/22/2005.. Signed by Judge Sue L. Robinson on 5/20/05. (Attachments: # 1 Authorization Form)(fmt, ) (Entered: 05/23/2005) |
| 06/08/2005 | 9 | MOTION to Appoint Counsel - filed by Rufus D. Anderson. (fmt, ) (Entered: 06/09/2005) |
| 08/09/2005 | 10 | ORDER; the authorization form has not been received; dismissing complaint without prejudice. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. (Copy to pltf.). Signed by Judge Sue L. Robinson on 8/8/05. (fmt, ) (Entered: 08/09/2005) |
| 08/10/2005 | | CASE CLOSED (rld, ) (Entered: 08/10/2005) |
| 08/11/2005 | 11 | MOTION to Appoint Counsel - filed by Rufus D. Anderson. (fmt, ) (Entered: 08/12/2005) |
| 09/14/2005 | | Remark: Address correction entered per Mr. Anderson's letter to Clerk dated 9/12/05 (from SCI to DCC). (rbe, ) (Entered: 09/14/2005) |
| 09/14/2005 | 12 | NOTICE of Change of Address by Rufus D. Anderson; requesting copy of docket (S.C.I. P.O. Box 500 Georgetown, DE 19947 has been the address of record since case opening) (fmt, ) Modified on 9/15/2005 (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | | ***Case Reopened (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | 13 | MOTION for Leave to Proceed in forma pauperis - filed by Rufus D. Anderson. (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | 14 | Trust Fund Account Statement for the months of November 1, 2004 to April 30, 2005 by Rufus D. Anderson (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | 15 | Trust Fund Account Statement March 1, 2005 to August 31, 2005 by Rufus D. Anderson (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | 16 | MOTION to Appoint Counsel - filed by Rufus D. Anderson. (fmt, ) (Entered: 09/15/2005) |
| 09/14/2005 | 17 | AFFIDAVIT of Rufus D. Anderson filed by Rufus D. Anderson. (Attachments: # 1 Grievance Form)(fmt, ) (Entered: 09/15/2005) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUFUS D. ANDERSON,              )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civ. No. 05-144-SLR
                                )
F.M.C., and SGT. MOODY,         )
                                )
        Defendants.             )

## AUTHORIZATION

I, Rufus D. Anderson, SBI #328043, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _May 20_____, 2005. This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.



_____
Rufus D. Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUFUS D. ANDERSON,            )
                              )
        Plaintiff,            )
                              )
    v.                        ) Civ. No. 05-144-SLR
                              )
F.M.C., and SGT. MOODY,       )
                              )
        Defendants.           )

**ORDER**

1. The plaintiff Rufus D. Anderson, SBI #328043, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

2. The court granted plaintiff's request to proceed <u>in forma pauperis</u> on April 14, 2005. Consequently, plaintiff's second request to proceed <u>in forma pauperis</u> is denied as moot. The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

3. The plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to

forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

    4. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    5. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed *in forma pauperis* all future suits filed without prepayment of the filing fee, unless the Court determines that

plaintiff is under imminent danger of serious physical injury.

DATED: 5/20/05                   _____
                                  United States District Judge

3