IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUFUS D. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-144-SLR |
| F.M.C., and SGT. MOODY, | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Rufus D. Anderson, SBI #328043, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _May 20_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _SEPTEMBER 17_, 2005.

_Rufus D. Anderson_
Rufus D. Anderson



IM RUFUS D. ANDERSON
SBI# 329043    UNIT M HU/21/AL9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570