IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUFUS D. ANDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 05-144 SLR |
| | ) |
| F.M.C., and SGT. MOODY, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

    1. The plaintiff Rufus D. Anderson, SBI #00328043, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    2. On August 9, 2005, this Court dismissed the complaint and did not require the plaintiff to pay the previously assessed filing fee. On September 14, 2005, this action was reopened.

    3. Consistent with this Court's order dated May 23, 2005, the plaintiff has submitted an authorization form allowing the agency having custody of him to forward to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by said order.

4. Notwithstanding the above, the plaintiff shall be assessed the filing fee of $250.00 and shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

DATED: 9/27/05

_____
United States District Judge